425 A.2d 13

Houston et al., Appellants v. Keeler et al.

Argued September 12, 1979. C. William C. Freed, Jr., for appellants; Russell M. Keeler, appellee, in propria persona.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Appeal dismissed.

425 A.2d 13

Jackson Abrasives, Inc., Appellant v. Cook et al.

Argued April 11, 1979. Philip R. McLaughlin, for appellant; James D. Morton, for appellees.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Order affirmed.